1
2
3                                                          JS-6
4
5
6
7
8              UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10
11   GREGORY HARRIS,              )   No. CV 15-6606 FFM
                                  )
12              Plaintiff,        )   JUDGMENT
                                  )
13         v.                     )
                                  )
14   CARMAX AUTO SUPERSTORES      )
     WEST COAST, INC.,            )
15                                )
                Defendant.        )
16   _____  )
17
18         Pursuant to the Order on Defendant's Motion for Summary Judgment,
19         IT IS ADJUDGED that plaintiff take nothing by his Second Amended Complaint,
20   that this action is dismissed with prejudice, and that defendant recover its costs of suit.
21
22   DATED: April 25, 2017
23
24                              /S/FREDERICK F. MUMM
25                              FREDERICK F. MUMM
                               United States Magistrate Judge
26
27
28